IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDREW VAN NEST DOBBINS,

    Plaintiff,

  v.

THE UNIVERSITY OF WISCONSIN,
MADISON TRANSPORTATION
SERVICES,

    Defendant.

Case No.   19-cv-869-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | November 4, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |